# In the United States District Court
## for the Eastern District of Texas
## Sherman Division

Edgefield Holdings, LLC

    Plaintiff

  v.

Prosperity Bank and T Bancshares Inc.

    Defendants.

Civil Action No. 4:10-cv-00461

## Order for Issuance of Writs of Garnishment

Edgefield Holdings, LLC ("Edgefield") has applied for Writs of Garnishment against Garnishee, Prosperity Bank and T Banchsares Inc. for any property of Etzik Gedalia, which Garnishees, have or are indebted to the defendant, Judgment Debtor, Etzik Gedalia.

The Court having considered the Application for Writs of Garnishment (Dkt. #86), finds that the application is proper.

It is therefore ORDERED that Writs of Garnishment be issued by the Clerk to the Garnishees that commands them to appear as required by law and answer what property if any they possess of the Judgment Debtor and/or that they are indebted to the Judgment Debtor.

It is further ORDERED that Edgefield Holdings, LLC serve the Judgment Debtor and Garnishees with a copy of:

1. Application for Writ of Garnishment,
2. Order for Issuance of Writ of Garnishment
3. Writ of Garnishment

4. Clerk's Notice/Instructions to Post-Judgment Debtor

Edgefield Holdings, LLC will file a Certificate of Service with this Court when it completes such service. No bond needs to be posted as this is a post-judgment application.

**IT IS SO ORDERED.**

**SIGNED this 20th day of October, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE