# In the United States District Court
# for the Eastern District of Texas
# Sherman Division

Edgefield Holdings, LLC

    Plaintiff

  v.

Prosperity Bank and T Bancshares Inc.

    Defendants.

Civil Action No. 4:10-cv-00461

## WRIT OF GARNISHMENT AFTER JUDGMENT

TO:    Prosperity Bank
          Charlotte Rasche
          80 Sugar Creek Center Blvd.,
          Sugar Land, Texas 77478

TO:    T Bancshares Inc.
          Patrick Howard
          16200 Dallas Parkway #190
          Dallas, Texas 75248

An Application for Writ of Garnishment seeking property due or belonging to Etzik Gedalia, Judgment Debtor was filed with this Court. The last known address of the Judgment Debtor is 6631 Shell Flower Lane, Dallas, Texas 75252.

Computation of the Debt as of September 21, 2021, is:

| | |
|---|---|
| Judgment Amount | $4,341,978.07 |
| Expenses | $61,665.47 |
| Total | $4,403,643.40 |

YOU ARE COMMANDED, pending further order of this Court, to withhold and retain any property in your possession or control in which the debtor has a substantial nonexempt interest and for which the garnishee is or may become indebted to the Judgment Debtor, Etzik Gedalia at the time this writ was served. Any payment, delivery, sale, or transfer is void to the extent necessary to satisfy the plaintiff's claim and costs for this writ with interest.

YOU ARE ALSO COMMANDED to answer this writ within 10 days after the service of the writ. If you fail to answer this writ or appear or fail to show good cause why you failed to comply with this writ, the Court shall enter a judgment against you for the value of non-exempt property. The Court may award a reasonable attorneys' fee against you if this writ is not answered by the time specified by law. A copy of your answer should be served on counsel for Edgefield Holdings, LLC, Patricia B. Lehtola, Lehtola & Cannatti, PLLC, 8330 LBJ Freeway, Suite 741, Dallas, Texas, 75243; plehtola@lc-lawfirm.com.

Signed this October 20, 2021.

_David A. O'Toole_
_____
United States Eastern District of Texas
Clerk of Court